Stephen M. Orlofsky
Nicholas C. Harbist
David C. Kistler
New Jersey Resident Partners
BLANK ROME LLP
*A Pennsylvania LLP*
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Telephone: (609)750-7700

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MICHAEL SODINI, and on behalf of the STATES of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN and the DISTRICT OF COLUMBIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> TOPCON MEDICAL SYSTEMS, INC., TOPCON AMERICA CORPORATION, and TOPCON CORPORATION, <br><br> *Defendants*. | Hon. Cathy L. Waldor <br><br> Civil Action No. 10-cv-3331 <br><br> NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF-RELATOR MICHAEL SODINI |

1

Plaintiff-Relator Michael Sodini hereby enters this Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Defendants have not served an answer or a motion to dismiss in the action.

Government counsel has indicated that: (1) the United States consents to Plaintiff-Relator's voluntary dismissal so long as it is without prejudice to the United States; and (2) the government has indicated it plans to file a separate notice of consent to Plaintiff-Relator's voluntary dismissal.

Respectfully submitted,

Dated: January 31, 2017

*/s/ Stephen M. Orlofsky*
Stephen M. Orlofsky
Nicholas C. Harbist
New Jersey Resident Partners
David C. Kistler
BLANK ROME LLP
*A Pennsylvania LLP*
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Telephone: 609-750-7700

*Counsel for Plaintiff/Relator
Relator Michael Sodini*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2017, I served the foregoing Plaintiff-Relator's Notice of Voluntary Dismissal using the Clerk's CM/ECF system, which will send notice of this filing to the counsel of record.

Dated:  January 31, 2017

*/s/ Stephen M. Orlofsky*
Stephen M. Orlofsky
Nicholas C. Harbist
New Jersey Resident Partners
David C. Kistler
BLANK ROME LLP
*A Pennsylvania LLP*
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Telephone: 609-750-7700

*Counsel for Plaintiff/Relator
Relator Michael Sodini*